IN RE: ADOPTION OF A.C. a Minor,

Appeal of: E.A.B.

**246 WDA 2017**

Superior Court of Pennsylvania.

08/07/2017

51 ADOPT 2015
(Fayette)

Affirmed

COM.

v.

**TUKHI, J.**

**3272 EDA 2015**

Superior Court of Pennsylvania.

08/08/2017

CP–51–CR–0006472–2014 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**ROBERTS, J.**

**1104 EDA 2016**

Superior Court of Pennsylvania.

08/08/2017

CP–51–CR–0009992–2013
(Philadelphia)

Vacated/Remanded

COM.

v.

**GOMEZ, R.**

**2777 EDA 2016**

Superior Court of Pennsylvania.

08/08/2017

CP–48–CR–0002812–2015, (Northampton)

Affirmed